**Order entered October 28, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00724-CV

### IN RE VERSAILLES DALLAS, INC., ET AL., Relators

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-15106**

## ORDER
Before Justices Whitehill, Pedersen, III, and Carlyle

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/    BILL PEDERSEN, III
       JUSTICE